SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>   vs.<br><br>Gold Country Foods, Inc., et al<br><br>    Defendants | Case No. **2:11-cv-00566-MCE-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JULY 1, 2011 FOR DEFENDANT GOLD COUNTRY FOODS, INC. INDIVIDUALLY AND D/B/A TACO BELL TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Gold Country Foods, Inc. Individually and d/b/a Taco Bell, by and through their respective attorneys of record, Scott N. Johnson; Robert A. Laurie, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

1. An extension of time has been previously obtained for Defendant Gold Country Foods, Inc., Individually and d/b/a Taco Bell until June 17, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
2. Defendant Gold Country Foods, Inc., Individually and d/b/a Taco Bell is granted an extension until July 1, 2011 to respond or otherwise plead reference to Plaintiff's complaint.
3. Defendant Gold Country Foods, Inc., Individually and d/b/a Taco Bell response will be due no later than July 1, 2011.

IT IS SO STIPULATED effective as of June 15, 2011

Dated:  June 15, 2011                    /s/Robert A. Laurie_____
                                         Robert A. Laurie,
                                         Attorney for Defendant
                                         Gold Country Foods,
                                         Inc., Individually and
                                         d/b/a Taco Bell

Dated:  June 15, 2011                    /s/Scott N. Johnson  ____

                                         Scott N. Johnson,

                                         Attorney for Plaintiff


   **IT IS SO ORDERED:** that Defendant Gold Country Foods, Inc., Individually and d/b/a Taco Bell shall have until July 1, 2011 to respond to Plaintiff's complaint.

**Date: June 20, 2011**

                         _____
                         MORRISON C. ENGLAND, JR.
                         UNITED STATES DISTRICT JUDGE