SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Gold Country Foods Inc. et al,<br><br>Defendants | Case No.: CIV.S 11-cv-00566-MCE-EFB<br><br>**REQUEST RE DISMISSAL OF POLLOCK PINES PONY EXPRESS, LLC; ORDER THEREON**<br><br>Complaint Filed: FEBRUARY 28, 2011<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Pollock Pines Pony Express, LLC) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open as to the remaining Defendants. Defendant (Pollock Pines Pony Express, LLC) is dismissed because this Defendant is not a proper party.

Dated: June 13, 2011                                /s/Scott N. Johnson
                                                                    SCOTT N. JOHNSON
                                                                    Attorney for Plaintiff

IT IS SO ORDERED.

**Date: June 20, 2011**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE